UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Blake L. Anderson,<br>　　Petitioner<br>　　　v.<br>Attorney General, *et al.*,<br>　　Respondents. | Case No. 3:18-cv-00502-HDM-WGC<br><br>Order |

On November 1, 2018, the Court dismissed this action without prejudice because the petitioner, Blake Anderson, had not paid the $5 filing fee and did not file an application to proceed *in forma pauperis*, and judgment was entered accordingly. *See* Order entered November 1, 2018 (ECF No. 3); Judgement (ECF No. 4). The next day, November 2, 2018, the Court received payment of the $5 filing fee (ECF No. 5). Therefore, on November 5, 2018, the Court, acting *sua sponte*, granted Anderson relief from the judgment, and vacated the judgment. *See* Order entered November 5, 2018 (ECF No. 11).

In the November 5 order, the Court also ordered Anderson to show cause why this action should not be dismissed without prejudice because none of Anderson's claims have been exhausted in state court, and/or because it is barred by the *Younger* abstention doctrine; Anderson's response is to be filed by December 20, 2018. *See id.*

Meanwhile, on November 5, 2018, Anderson filed a motion for reconsideration of the November 1 order, pointing out that he paid the filing fee (ECF No. 10). The motion for reconsideration will be denied as moot, as the Court, acting *sua sponte*, has already granted Anderson relief from the November 1 order.

1

**IT IS THEREFORE ORDERED** that the petitioner's Motion for Reconsideration (ECF No. 10) is **DENIED** as moot.

DATED THIS 6th day of November, 2018.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE