UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BLAKE L. ANDERSON,

    Petitioner,

v.

ATTORNEY GENERAL, *et al.*,

    Respondents.

Case No. 3:18-cv-00502-HDM-WGC

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

The Court dismissed this action, without prejudice, on December 27, 2018, on the grounds that this action is premature, that the petition is wholly unexhausted in state court, and that this action is barred by the *Younger* abstention doctrine. *See* Order entered December 27, 2018 (ECF No. 22); Judgment (ECF No. 23). The petitioner, Blake Anderson, filed a notice of appeal on January 24, 2019 (ECF No. 24).

On February 21, 2019, Anderson filed an application to proceed *in forma pauperis* (ECF No. 27). The Court will deny that application, as it does not comply with Federal Rule of Appellate Procedure 24. The application is not made using Form 4 appended to the Federal Rules of Appellate Procedure, and it does not include the detailed information called for by the form. *See* Fed. R. Civ. P. 24 (a)(1). Nor does Anderson's application state the issues that Anderson intends to present on appeal, as is specifically required by Rule 24. *See id.*

**IT IS THEREFORE ORDERED** that the petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 27) is **DENIED.**

DATED THIS 28th day of February, 2019.

*Howard D. McKibben*
———————————————
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE